UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICTOR VERDUN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3326** |
| **BURL CAIN, WARDEN** | **SECTION "I" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Victor Verdun, Jr., which is hereby **OVERRULED,** approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Victor Verdun for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this ___27th___ day of September, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE